53 So.2d 890

### William NIXON v. CITY OF BIRMINGHAM.

6 Div. 294.

Supreme Court of Alabama.
June 14, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of William Nixon for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Nixon v. City of Birmingham, 53 So.2d 895.

Writ denied.

All the Justices concur.

55 So.2d 925

### Ex parte Mary H. PAYTON.

1 Div. 490.

Supreme Court of Alabama.
Dec. 10, 1951.

D. P. Moore, Mobile, for petitioner.

PER CURIAM.

Rule nisi denied; petition dismissed.

All the Justices concur, except SIMPSON, J., not sitting.

55 So.2d 925

### Ex parte Tyrus L. PAYTON et al.

1 Div. 478.

Supreme Court of Alabama.
Nov. 5, 1951.

D. P. Moore, Mobile, for petitioners.

Gaillard & Gaillard and Sidney J. Gray, all of Mobile, for respondent.

PER CURIAM.

The cause having become moot, the petition is dismissed.

LIVINGSTON, C. J., and FOSTER, SIMPSON and GOODWYN, JJ., concur.

53 So.2d 891

### Lola ROBINSON v. CITY OF BIRMINGHAM.

6 Div. 279.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

STAKELY, Justice.

Petition of Lola Robinson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Robinson v. City of Birmingham, 53 So.2d 896.

Writ denied.